Toni Radke, Appellee, v. Charles J. Fleck, as Public
Administrator of the Estate of Alexander Weim-
erst, Deceased, and Unknown Heirs and Devisees
of Alexander Weimerst, Deceased, Defendants.
On Appeal of County of Cook, a Body Politic and
Corporate, Appellant.

Gen. No. 47,742.

First District, First Division.
November 16, 1959.
Released for publication December 21, 1959.

Benjamin S.
Adamowski, State's Attorney of Cook county (Francis X. Riley
and Edwin A. Strugala, Assistant State's Attorneys, of counsel)
for defendant-appellant; Herbert C. Immenhausen and Reuben J.
Liffshin (Charles D. Snewind, of counsel) for plaintiff-appellee.
Opinion by JUSTICE McCORMICK. Not to be published in full.